UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**PEGGY L. VAN DYKE** : **DOCKET NO. 2:19-cv-0710**
  **REG. # 062610-019**

**VERSUS** : **JUDGE JAMES D. CAIN, JR.**

**US COMMISSIONER SOCIAL**
**SECURITY ADMINISTRATION** : **MAG. JUDGE**
  **PEREZ-MONTEZ**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering that absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that VanDyke's appeal is hereby **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers, on this 19th day of May, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE